UNTIED STATES BANKRUPTCY COURT
EASTERN DIVISION OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In the Matter of:

Gary D Hooks Sr.                                    Chapter 7
Angela A Hooks,                                     Case No. 09-68900-mbm
                                                    Honorable Marci B McIvor

      Debtor(s)
_____/

## NOTICE OF UNCLAIMED DIVIDENDS

TO THE CLERK OF THE COURT:

The attached check in the amount of **$163.07** represents the total sum of unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. § 347(a).

The name (s) and address (es) of the Party (ies) entitled to these unclaimed dividends is (are) as follows:

| Creditor Name | Claim No. | Amount of Dividend |
|---|---|---|
| Michael and Janice Andoniades<br>c/o Ted C Farmer, Esquire<br>41000 Woodward Avenue<br>Suite 395 East<br>Bloomfield Hills, MI  48304-5134 | 000010 | $163.07 |

                                                          Respectfully Submitted,

                                  By:    /s/ Wendy Turner Lewis
                                              Wendy Turner Lewis (P39505)
                                              Chapter 7 Trustee
                                              444 West Willis Street, Suite 101
                                              Detroit, MI  48201
Dated: February 3, 2011               (313) 832-5555
                                              trustee@lewistrustee.com